UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Belizario Abraham Benito Vasquez,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **Antone D. Moniz, Superintendent,** ) <br> **Plymouth Country Correctional Facility** ) <br> **Enforcement; Todd Lyons, Acting Director,** ) <br> **U.S. Immigration and Customs** ) <br> **Enforcement; Kristi Noem, Secretary of the** ) <br> **U.S. Department of Homeland Security** ) <br> ) <br> **Respondents.** | Civil Action No. 25-cv-11737- NMG |

## **ORDER**

**STEARNS, D.J.**

Following Judge Gorton's order, *see* Dkt. # 5 at 3, specifying the time period to run until the same time on the next day that is not a legal holiday, which was yesterday, June 19, 2025, and Federal Rule of Civil Procedure 6, the court expects the government to file a reply to petitioner Belizario Abraham Benito Vasquez's habeas petition by 5 pm today.

                     **SO ORDERED**.

                     /s/ Richard G. Stearns
                     Richard G. Stearns
                     UNITED STATES DISTRICT JUDGE

Issued at Boston, Massachusetts
June 20, 2025
11:45 am